FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 2 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY Shy    DEPUTY

ENTER / JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE MATTHEWS,<br><br>    Petitioner,<br><br>    v.<br><br>LEROY D. BACA,<br><br>    Respondent. | Case No. CV 12-5961 CJC (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order.

DATED: July 20, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 2 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY Shy    DEPUTY